

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00465-CV

Adolfo R. **MARTINEZ**,
Appellant

v.

Noel P. **BENAVIDES**; Pablo A. Martinez, Inc.; Dr. Javier Tadeo Ramirez; Judith Christina R. Barrera, Individually and as Executrix of the Estate of Evangelina H. Ramirez; Maria Cecilia R. Benavides, Individually and as Executrix of the Estate of Evangelina H. Ramirez; Claudia R. Mathers; and Leticia R. Reyes,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-03-350
Honorable Ana Lisa Garza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the trial court's order denying the motion for reinstatement is AFFIRMED.

It is ORDERED that Appellees Noel P. Benavides; Pablo A. Martinez, Inc.; Dr. Javier Tadeo Ramirez; Judith Christina R. Barrera, Individually and as Executrix of the Estate of Evangelina H. Ramirez; Maria Cecilia R. Benavides, Individually and as Executrix of the Estate of Evangelina H. Ramirez; Claudia R. Mathers; and Leticia R. Reyes recover their costs on appeal from Appellant Adolfo R. Martinez.

SIGNED June 1, 2016.

_Karen Angelini_
Karen Angelini, Justice